UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MALIBU MEDIA, LLC,**  \*

      Plaintiff,  \*     CASE NO.: 1:14-cv-00748-WDQ

v.  \*

**JOHN DOE subscriber assigned IP address**  \*
**68.33.213.36,**

    \*

      Defendant.

    \*

### ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT

**THIS CAUSE** having come before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have until thirty (30) days after the Court enters a ruling on the pending Motion [CM/ECF 8] to effectuate service on the Defendant.

DONE AND ORDERED this 9th day of Sept, 2014.

By _____
UNITED STATES DISTRICT JUDGE